# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Daniel G.,

                    Petitioner,

v.

Secretary of Department of Homeland
Security; William Barr, Attorney General;
Sherburne County Sheriff,

                    Respondents.

Civil No. 19-cv-1430 (PJS/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  No objections have been filed

to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the

files, records and proceedings herein,

        **IT IS HEREBY ORDERED** that:

1.     The Report and Recommendation is **ADOPTED**;

2.     The Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241
[Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  11/7/19

                        s/Patrick J. Schiltz
                        PATRICK J. SCHILTZ
                        United States District Judge